Same case below, 371 Fed. Appx. 345.

**No. 09-10718. Craig Emmett Mendenhall, Petitioner v. Texas.**

562 U.S. 850, 131 S. Ct. 101, 178 L. Ed. 2d 64, 2010 U.S. LEXIS 5925.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-10734. Lavell Cotton, Petitioner v. Illinois.**

562 U.S. 850, 131 S. Ct. 103, 178 L. Ed. 2d 64, 2010 U.S. LEXIS 6298.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 237, 332 Ill. Dec. 646, 913 N.E.2d 578.

**No. 09-10723. Jamie Scott Brock, Petitioner v. Tennessee.**

562 U.S. 850, 131 S. Ct. 101, 178 L. Ed. 2d 64, 2010 U.S. LEXIS 5883.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Eastern Division, denied.

Same case below, 327 S.W.3d 645.

**No. 09-10737. Jonathan Daniel D'Arcy, Petitioner v. California.**

562 U.S. 850, 131 S. Ct. 104, 178 L. Ed. 2d 64, 2010 U.S. LEXIS 6259.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 48 Cal. 4th 257, 106 Cal. Rptr. 3d 459, 226 P.3d 949.

**No. 09-10727. David P. Gonzalez, Petitioner v. George J. Giurbino, Warden.**

562 U.S. 850, 131 S. Ct. 102, 178 L. Ed. 2d 64, 2010 U.S. LEXIS 6132.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 822.

**No. 09-10732. John Steven Gardner, Petitioner v. Texas.**

562 U.S. 850, 131 S. Ct. 103, 178 L. Ed. 2d 64, 2010 U.S. LEXIS 6246.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 306 S.W.3d 274.

**No. 09-10741. Reginald S. Lewis, Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.**

562 U.S. 851, 131 S. Ct. 105, 178 L. Ed. 2d 64, 2010 U.S. LEXIS 6138.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 581 F.3d 92.